# *UNITED STATES DISTRICT COURT*
*for the*
***District of Rhode Island***

***Case No. 1:07-M-28M***

**RECEIVED**
**U.S. MARSHALS SERVICE**
APR 12 2007
**District of Rhode Island**

***To:*** ***ICE***
***SIEA AT SUFFOLK***

YOU ARE HEREBY COMMANDED, to have the **body** of **Leodegario Garcia-Mendez**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **16th** day of **April, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

****PLEASE HAVE DEFENDANT AT COURTHOUSE FOR 9:00 A.M.****

I hereby certify and return that [illegible]
on the date and [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: April 12, 2007.

David A. DiMarzio, Clerk

Initial Appearance

***By*** ***Martha Saucier - Deputy Clerk***