PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: [X] INFORMATION [ ] INDICTMENT [ ] COMPLAINT

Matter Sealed: [ ] Juvenile [ ] Other than Juvenile

[ ] Pre-Indictment Plea [ ] Superseding [ ] Defendant Added
[ ] Indictment [ ] Charges/Counts Added
[ ] Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
[X] U.S. Atty [ ] Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): SANDRA R. BECKNER

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Bureau of Immigration & Customs Enforcement

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Atty [ ] Defense

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

[X] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:07-mj-00038DLM

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: LEODEGARIO GARCIA-MENDEZ

Address:

REDACTED

[ ] In

Birth Date

ın
cable)

Socia

Issue: [ ] Warrant [ ] Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

[X] Currently in Federal Custody
[ ] Currently in State Custody
[ ] Writ Required
[ ] Currently on bond
[ ] Fugitive

Defense Counsel (if any):

[ ] FPD [ ] CJA [ ] RET'D
[ ] Appointed on Target Letter

[X] This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Count 1 - 8 USC 1326(a) and (b)(2) | Illegal Reentry | [X] Felony [ ] Misdemeanor |
| | 20 Years Imprisonment; $250,000 fine; | | [ ] Felony [ ] Misdemeanor |
| | 3 Years Supervised Release; and | | [ ] Felony [ ] Misdemeanor |
| | $100 Special Assessment | | [ ] Felony [ ] Misdemeanor |
| | Estimated Trial Days: 3 | | [ ] Felony [ ] Misdemeanor |